RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381

Attorneys for Defendants
110 CHURCH, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE:
LOWER MANHATTAN DISASTER SITE
LITIGATION (21 MC 102)
------------------------------------------------------------------X

GERONIMO NAVARRO,

              Plaintiff,

-against-

110 CHURCH LLC, et al.,

              Defendants.
------------------------------------------------------------------X

Case No.: 1:21 MC 102 (AKH)

Docket No.: 08 CV 2673

**NOTICE OF ADOPTION
OF ANSWER TO
MASTER COMPLAINT**

**ELECTRONICALLY FILED**

     **PLEASE TAKE NOTICE** that defendant 110 CHURCH, LLC, by its attorneys RUBIN, FIORELLA & FRIEDMAN LLP, as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

     **WHEREFORE**, the defendant 110 CHURCH, LLC demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and

for such other and further relief as this court deems just and proper.

Dated: New York, New York
      May 21, 2008

                                  RUBIN, FIORELLA & FRIEDMAN LLP

                          By: _____
                                Leila Cardo (LC-8359)
                                *Attorneys for Defendant*
                                110 CHURCH, LLC
                                292 Madison Avenue - 11th Floor
                                New York, New York 10017
                                (212) 953-2381
                                File No. 344-6879